

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00298-CV

IN RE Leticia Murillo ESCAMILLA[1]

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russell Wilson, Judge Presiding

# CONTEMPT JUDGMENT

This is a contempt proceeding ancillary to appeal number 04-16-00298-CV, styled *El Caballero Ranch, Inc. and Laredo Marine, L.L.C. v. Grace River Ranch, L.L.C.*, currently pending in this court. The reporter's record in this appeal was originally due July 5, 2016 but was not filed. Shortly thereafter, we notified the court reporter, Leticia Murillo Escamilla, that the reporter's record was past due; however, we did not receive a response. On August 26, 2016, we then ordered Ms. Escamilla to file the reporter's record in this court on or before September 26, 2016. On September 28, 2016, Ms. Escamilla filed a notification of late record, requesting an extension of time of thirty days. By order dated October 3, 2016, we granted the request for an extension and ordered Ms. Escamilla to file the record by October 26, 2016. On October 26, 2016, Ms. Escamilla requested an additional extension of time of thirty days to file the record. By order dated November 4, 2016, we granted Ms. Escamilla's request, ordering her to file the reporter's record by November 28, 2016. In that order, we advised Ms. Escamilla that no further extension of time will be considered or granted without written proof of extraordinary circumstances.

On December 7, 2016, Ms. Escamilla filed a third notification of late record, requesting an extension of time until December 23, 2016, for a total extension of 171 days. On December 13, 2016, we granted Ms. Escamilla's request and ordered the record to be filed by December 23, 2016. We further indicated:

> **THIS IS THE FINAL EXTENSION OF TIME THAT WILL BE GRANTED.** The court reporter is advised that if the record is not received by this date, we shall order her to appear and show cause why she should not be held in contempt.

---

[1] Ancillary to *El Caballero Ranch, Inc. and Laredo Marine, L.L.C. v. Grace River Ranch, L.L.C.*, No. 04-16-00298-CV

On December 30, 2016, Ms. Escamilla contacted the court by telephone indicating she was in the process of recovering audio files that were mistakenly deleted. On January 3, 2017, she also filed a notification of late record, requesting an extension of time until January 20, 2017. As a result, by order dated January 4, 2017, we ordered Leticia Murillo Escamilla to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on January 24, 2017 at 2:00 p.m. before a panel consisting of Justice Barnard, Justice Martinez, and Justice Alvarez to show cause:

1. why she should not be held in criminal contempt and civil contempt of this court for violating this court's December 13, 2016 order by failing to file the reporter's record no later than December 23, 2016; and

2. why she should not be sanctioned.

Our ordered advised Ms. Escamilla that she has the right to be represented by counsel at the show cause hearing and the proceedings will be recorded by a certified court reporter. The court's order was personally served on Ms. Escamilla by Deputy R. Gonzalez, #4305 on January 9, 2017 at 4:41 p.m. Prior to the date of the hearing, Ms. Escamilla filed Volumes 3, 6, 8 and 9 of the reporter's record. However, on the date of the hearing, the record was incomplete.

Ms. Escamilla personally appeared before the court at 2:00 p.m. to show cause why she should not be held in contempt of court. Ms. Escamilla was advised of her right to counsel by the court, and Ms. Escamilla knowingly and voluntarily waived her right to counsel. The court took judicial notice of its own file and determined that Ms. Escamilla failed to timely comply with this court's prior order dated December 13, 2016. The court gave Ms. Escamilla an opportunity to show cause why she should not be held in contempt for violating our prior orders. Ms. Escamilla admitted that she had failed to file a complete reporter's record as ordered by the court on December 13, 2017. Ms. Escamilla explained that she has been working on several other cases as well as has been trying to complete this record. She also explained that she has subcontracted help as of December 2016 to help her in preparing the record. However, the process of transcribing this record has been further extended by the fact that the audio files are hard to hear due to the acoustics in the La Salle County courtroom. Ms. Escamilla clarified that she has not mistakenly deleted any audio files, and she has not intentionally delayed this process.

After deliberating, the court finds from the evidence that Ms. Escamilla should be held in contempt of this court for failing to comply with this court's order dated December 13, 2016. It is therefore ORDERED, ADJUDGED, AND DECREED by the Court of Appeals, Fourth Court of Appeals District of Texas, that:

Leticia Murillo Escamilla is in contempt of this court for failing to comply with this court's order dated December 13, 2016, by failing to file the reporter's record in appeal number 04-16-00298-CV, styled *El Caballero Ranch, Inc. and Laredo Marine, L.L.C. v. Grace River Ranch, L.L.C,* by December 23, 2016;

Leticia Murillo Escamilla shall complete the reporter's record in cause number 04-16-00298-CV, styled *El Caballero Ranch, Inc. and Laredo Marine, L.L.C. v. Grace River Ranch, L.L.C,* by working on the record at the Bexar County Sheriff's Court Security, 300 Dolorosa, San Antonio, Texas. Ms. Escamilla shall report to that office on Wednesday, January 25, 2017, not later than than 9:00 a.m., with all the materials, equipment, and matter necessary to complete the record. Ms. Escamilla shall work exclusively on the record for cause 04-16-00298-CV for a minimum of seven hours per day from 9:00 a.m. to 12:00 noon, a

a minimum of seven hours per day from 9:00 a.m. to 12:00 noon, a one hour lunch break, and from 1:00 p.m. to 5:00 p.m. every Monday through Friday until the record is completed;

Leticia Murillo Escamilla may not work on any other matter until she has filed the reporter's record in cause number 04-16-00298-CV and that filing has been certified by the Clerk of this court;

Leticia Murillo Escamilla shall be fined in the amount of $500.00, payable to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas, not later than Friday, January 27, 2017 at 5:00 p.m.; and

Leticia Murillo Escamilla shall pay all costs of this proceeding to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas no later Friday, January 27, 2017 at 5:00 p.m.

IT IS FURTHER ORDERED that Clerk of this court mail and fax a copy of this judgment to the Honorable Russell Wilson, Presiding Judge of the 218th Judicial District Court, La Salle County, Texas and mail and fax a copy of this judgment to the parties.

IT IS FURTHER ORDERED that all writs and other process necessary for the enforcement of this judgment be issued.

SIGNED January 24, 2017.


_____
Marialyn Barnard, Justice

_____
Rebeca C. Martinez, Justice

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court